FORM B5.
(6/90)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| CMGT, Inc., a Delaware corporation | CareManagement.com<br>CareManagement.com Inc. |
| Last four digits of Soc. Sec. No./Complete Tax I.D. No. | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 2 S. 647 White Birch Lane, Wheaton, IL 60187 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: DuPage | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7   [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[✓] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[ ] Individual   [ ] Corporation Publicly Held
[ ] Partnership   [✓] Corporation Not Publicly Held
[ ] Other: _____

A. TYPE OF BUSINESS (Check one)
[✓] Professional   [ ] Transportation   [ ] Commodity Broker
[ ] Retail/Wholesale   [ ] Manufacturing/   [ ] Construction
[ ] Railroad   [ ] Mining   [ ] Real Estate
[ ] Stockbroker   [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Provide management services to businesses related to Human Resources

## VENUE

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/25/2004
Time: 15:29:09
Debtor: CMGT INC
Case: 04-31669    Fee : 209
Chapter: 7 Rec. # : 3097899
Judge: John Squires

1:04BK31669-BK001

FORM 5 Involuntary Petition
(6/92)

Name of Debtor _____

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X_____   _____<br>Signature of Attorney         Date<br>L. Judson Todhunter/DEFREES & FISKE LLC<br>Name of Attorney Firm (If any)<br>200 South Michigan Avenue, Suite 1100, Chicago, IL 60604<br>Address         312/372-4000<br><br>Telephone No. |
| X _[signature]_ Pres. & Member<br>Signature of Petitioner or Representative (State title)<br>R. Gerard Spehar, Pres. and Member  August 20, 2004<br>Name of Petitioner         Date Signed<br><br>Name & Mailing     Spehar Capital, LLC,<br>Address of Individual<br>Signing in Representative<br>Capacity         1625 Grandview Ave., Glendale, CA 91201 | X_____   _____<br>Signature of Attorney         Date<br>Steven A. Klenda/Steven A. Klenda LLC<br>Name of Attorney Firm (If any)<br>1600 Broadway St., Suite 2600, Denver, CO 80202<br>Address         303/832-1800<br><br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X_____   _____<br>Signature of Attorney         Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA 91201 | SEE ATTACHED | SEE ATTACHED |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>SEE ATTACHED |

___1___ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor _____

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner           Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____ 8-24-04
Signature of Attorney           Date
L. Judson Todhunter/DEFREES & FISKE LLC
Name of Attorney Firm (If any)
200 South Michigan Avenue, Suite 1100, Chicago, IL 60604
Address    312/372-4000
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)
R. Gerard Spehar, Pres. and Member

Name of Petitioner           Date Signed

Name & Mailing    Spehar Capital, LLC,
Address of Individual
Signing in Representative
Capacity    1625 Grandview Ave., Glendale, CA  91201

X _____ 08/24/04
Signature of Attorney           Date
Steven A. Klenda/Steven A. Klenda LLC
Name of Attorney Firm (If any)
1600 Broadway St., Suite 2600, Denver, CO  80202
Address    303/832-1800
Telephone No.

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner           Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA  91201 | SEE ATTACHED | SEE ATTACHED |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
SEE ATTACHED

_1_ continuation sheets attached

## Continuation Sheet #1

Name and Address of Petitioner:
   **Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA  91201**

Nature of Claim:
   **Unsecured deficiency, in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2), remaining from Secured Judgment**

Amount of Unsecured Claim:
   **At least $12,500.00, or an amount in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2)**

Total Amount of Petitioners' Unsecured Claim:
   **At least $12,500.00, or an amount in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2)**